# EXHIBIT A
**To Notice of Removal**

| | |
|---|---|
| 1 | TODD C. TORAL (State Bar No. 197706) |
| | ttoral@nixonpeabody.com |
| 2 | STEPHANIE KARNAVAS (State Bar No. 255596) |
| | skarnavas@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
| | One Embarcadero Center, 18th Floor |
| 4 | San Francisco, CA 94111-3996 |
| | Telephone: (415) 984-8200 |
| 5 | Facsimile: (415) 984-8300 |
| 6 | W. SCOTT O'CONNELL (of counsel -- not yet admitted) |
| | soconnell@nixonpeabody.com |
| 7 | COURTNEY BROOKS (State Bar No.215127) |
| | cbrooks@nixonpeabody.com |
| 8 | NIXON PEABODY LLP |
| | 900 Elm Street |
| 9 | Manchester, NH 03101-2031 |
| | Telephone: (603) 628-4000 |
| 10 | Facsimile: (603) 628-4040 |
| 11 | Attorneys for Defendant |
| | KEYBANK, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated; | CASE NO. |
| | **DECLARATION OF DEANN SZELPAL IN SUPPORT OF KEYBANK, NATIONAL ASSOCIATION'S NOTICE OF REMOVAL** |
| Plaintiffs, | |
| vs. | |
| KEYBANK USA, N.A., a national banking association organized under the laws of the United States of America, KEY EDUCATION RESOURCES, a division of KEYBANK USA, N.A.; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation, STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25, | |
| Defendants. | |

**DECLARATION OF DEANN SZELPAL**                                                     11052178.1

1  TODD C. TORAL (State Bar No. 197706)
   ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS (State Bar No. 255596)
   skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
5  Facsimile: (415) 984-8300

6  W. SCOTT O'CONNELL (of counsel -- not yet admitted)
   soconnell@nixonpeabody.com
7  COURTNEY BROOKS (State Bar No.215127)
   cbrooks@nixonpeabody.com
8  NIXON PEABODY LLP
   900 Elm Street
9  Manchester, NH 03101-2031
   Telephone: (603) 628-4000
10 Facsimile: (603) 628-4040

11 Attorneys for Defendant
   KEYBANK, NATIONAL ASSOCIATION
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         (OAKLAND DIVISION)
15

16 | MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated; | CASE NO. RG08386980

**DECLARATION OF DEANN SZELPAL IN SUPPORT OF KEYBANK, NATIONAL ASSOCIATION'S NOTICE OF REMOVAL**

                Plaintiffs,

        vs.

KEYBANK USA, N.A., a national banking association organized under the laws of the United States of America, KEY EDUCATION RESOURCES, a division of KEYBANK USA, N.A.; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation, STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,

                Defendants.

---
DECLARATION OF DEANN SZELPAL                                    11052178.1

# DECLARATION OF DEANN M. SZELPAL

1. I am an employee of Defendant Student Loan Xpress, Inc. ("SLX") and submit this declaration in support of the Notice of Removal.

2. I have held the position of Senior Business Analyst with SLX for two years. My responsibilities include portfolio analysis of private student loans. In the normal course of my duties, I work with and review loan origination and servicing data for private student loans, including for loans made to former students of Silver State Helicopters ("SSH") schools.

3. I have personal knowledge of the matters stated herein based on a review of data kept and maintained in the course of my regularly conducted business activities. That data was prepared at or near the time of origination and servicing of private student loans by persons with knowledge. If called upon to testify, I could and would testify competently thereto.

4. The original balance of the loan obtained by Plaintiff Kevin Wilhelmy to attend a SSH school ("the loan") was $71,298 ($69,900 plus origination fees of $1,398).

5. Plaintiff Kevin Wilhelmy currently owes approximately $79,691.08 on the loan.

6. If Plaintiff Wilhelmy repaid the loan over twenty-years, the full term of the contract, his monthly scheduled payments would total well in excess of $100,000.

7. I understand that Plaintiff Wilhelmy purports to represent a subclass of persons asserting claims against SLX consisting of:

> Only California residents who 1) enrolled in SSH, 2) either borrowed their SSH tuition from SLX/AES (or their predecessors in interest) or co-signed on behalf of such a borrower, 3) executed a "Application/Master Promissory Note" (or similarly titled agreement) that failed to contain the "Holder Rule Notice" required by 16 C.F.R. § 433.2, 4) failed to complete their SSH educational program prior to SSH filing bankruptcy, and 5) remain obligated to SLX/AES on their Note in a principal amount (i.e., exclusive of interest and costs) less than $75,000.

8. This putative subclass of persons asserting claims against SLX consists of more than 200 persons.

NOTICE OF REMOVAL OF CIVIL ACTION
CASE NO. _____                    -1-

9. The aggregate original principal amount of all loans made to members of the putative subclass asserting claims against SLX exceeds $10,000,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2008 in Cleveland, Ohio.

_____
Deann M. Szelpal

NOTICE OF REMOVAL OF CIVIL ACTION
CASE NO. _____
-2-