```
 1   TODD C. TORAL (State Bar No. 197706)
     ttoral@nixonpeabody.com
 2   STEPHANIE KARNAVAS (State Bar No. 255596)
     skarnavas@nixonpeabody.com
 3   NIXON PEABODY LLP
     One Embarcadero Center, 18th Floor
 4   San Francisco, CA 94111-3996
     Telephone: (415) 984-8200
 5   Facsimile: (415) 984-8300

 6   W. SCOTT O'CONNELL (of counsel -- not yet admitted)
     soconnell@nixonpeabody.com
 7   COURTNEY BROOKS (State Bar No.215127)
     cbrooks@nixonpeabody.com
 8   NIXON PEABODY LLP
     900 Elm Street
 9   Manchester, NH 03101-2031
     Telephone:  (603) 628-4000
10   Facsimile:  (603) 628-4040

11   Attorneys for Defendant
     KEYBANK, NATIONAL ASSOCIATION
12
```

ORIGINAL FILED
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

ADR

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation; STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>Defendants. | CASE NO. C08-02958 JL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. KeyCorp, as the holding company for KeyBank, National Association, successor-in-interest to defendant KeyBank USA, N.A.

2. Great Lakes Higher Education Corp., as the parent of defendant Great Lakes Educational Loan Services, Inc.

3. CIT Group. Inc., as the parent of defendant Student Loan Express, Inc.

4. Pennsylvania Higher Education Assistance Agency, as the parent of defendant American Education Services.

Date: June 13, 2008

Respectfully submitted,
NIXON PEABODY LLP

TODD C. TORAL
STEPHANIE KARNAVAS
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Fax: (415) 984-8300

W. SCOTT O'CONNELL (of counsel)
COURTNEY BROOKS
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: 603-628-4000
Fax: 603-628-4040

Attorneys for Defendant
KEYBANK, NATIONAL ASSOCIATION

# PROOF OF SERVICE

CASE NAME: Kilgore, et al. v. KeyBank, et al.
COURT: USDC N. DIST. OF CALIFORNIA
CASE NO.:
NP FILE: 731864-158

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____: <u>By Personal Service</u> — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: <u>By Overnight Courier</u> — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: <u>By Facsimile</u> — From facsimile number 415-984-8300 at approximately <u>11:09 AM</u>, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

<u>Addressee(s)</u>

**SEE ATTACHED SERVICE LIST OF ATTORNEYS OF RECORD**

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008, at San Francisco, California.

_____
John Zic

11053035.1

Service List of Attorneys of Record
Kilgore, et al. v. KeyBank, et al.
USDC N. Dist. of California Case No.

| Andrew A. August<br>Kevin F. Rooney<br>PINNACLE LAW GROUP LLP<br>425 California Street, Ste. 1800<br>San Francisco, CA 94104 | Attorneys for plaintiffs<br><br>Telephone: 415-394-5700<br>Facsimile: 415-394-5003 |
|---|---|
| Jennifer Altfeld Landau<br>Sidley Austin LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, California 90013 | Attorneys for Student Loan Xpress<br><br>Telephone: 213-896-6661<br>Facsimile: 213-896-6600<br>jlandau@sidley.com |
| Anne G. Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 | Attorneys for American Education Services<br><br>Telephone: 415-267-4104<br>Facsimile: 415-267-4198 |
| Ann U. Smith<br>John N. Giftos<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Ste. 700<br>Madison, WI 53703 | Attorneys for Great Lakes Educational Loan Services, Inc.<br><br>Telephone: 608-257-3501<br>Facsimile: 608-283-2275<br>ausmith@michaelbest.com<br>jngiftos@michaelbest.com |

11053035.1