| | |
|---|---|
| 1  TODD C. TORAL (State Bar No. 197706)<br>   ttoral@nixonpeabody.com<br>2  STEPHANIE KARNAVAS (State Bar No. 255596)<br>   skarnavas@nixonpeabody.com<br>3  NIXON PEABODY LLP<br>   One Embarcadero Center, 18th Floor<br>4  San Francisco, CA 94111-3996<br>   Telephone: (415) 984-8200<br>5  Facsimile: (415) 984-8300<br><br>6  W. SCOTT O'CONNELL (of counsel -- not yet admitted)<br>   soconnell@nixonpeabody.com<br>7  COURTNEY BROOKS (State Bar No. 215127)<br>   cbrooks@nixonpeabody.com<br>8  NIXON PEABODY LLP<br>   900 Elm Street<br>9  Manchester, NH 03101-2031<br>   Telephone: (603) 628-4000<br>10 Facsimile: (603) 628-4040 | **ORIGINAL**<br>**FILED**<br><br>JUN 13 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br><br>E-filing<br><br>ADR |

11  Attorneys for Defendant
    KEYBANK, NATIONAL ASSOCIATION

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>                    Plaintiffs,<br><br>    vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation; STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>                    Defendants. | CASE NO. **C08-02958 JL**<br><br>**DEFENDANT KEYBANK, NATIONAL ASSOCIATION CORPORATE DISCLOSURE STATEMENT** |

---

DEFENDANT KEYBANK, NATIONAL ASSOCIATION
CORPORATE DISCLOSURE STATEMENT

11050814.1

1 | Defendants KeyBank, National Association, as successor-in-interest to KeyBank USA, N.A., and Key Education Resources by and through their attorneys, hereby disclose, pursuant to Federal Rule of Civil Procedure 7.1, the following:

KeyBank, National Association is a wholly owned subsidiary of KeyCorp, a publicly traded company. Key Education Resources is an unincorporated division of KeyBank, National Association.

Date: June 13, 2008

Respectfully submitted,
NIXON PEABODY LLP

*[signature]*

TODD C. TORAL
STEPHANIE KARNAVAS
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Fax: (415) 984-8300

W. SCOTT O'CONNELL (of counsel)
COURTNEY BROOKS
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: 603-628-4000
Fax: 603-628-4040

Attorneys for Defendant
KEYBANK NATIONAL ASSOCIATION

**PROOF OF SERVICE**

CASE NAME: Kilgore, et al. v. KeyBank, et al.
COURT:    USDC N. DIST. OF CALIFORNIA
CASE NO.:
NP FILE:   731864-158

 I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

**DEFENDANT KEYBANK, NATIONAL ASSOCIATION CORPORATE DISCLOSURE STATEMENT**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ :  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

___:  By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___:  By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___:  By Facsimile — From facsimile number 415-984-8300 at approximately 11:06 AM, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

**SEE ATTACHED SERVICE LIST OF ATTORNEYS OF RECORD**

 I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008, at San Francisco, California.

_____
John Zic

11053035.1

Service List of Attorneys of Record
Kilgore, et al. v. KeyBank, et al.
USDC N. Dist. of California Case No.

| | |
|---|---|
| Andrew A. August<br>Kevin F. Rooney<br>PINNACLE LAW GROUP LLP<br>425 California Street, Ste. 1800<br>San Francisco, CA 94104 | Attorneys for plaintiffs<br><br>Telephone: 415-394-5700<br>Facsimile: 415-394-5003 |
| Jennifer Altfeld Landau<br>Sidley Austin LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, California 90013 | Attorneys for Student Loan Xpress<br><br>Telephone: 213-896-6661<br>Facsimile: 213-896-6600<br>jlandau@sidley.com |
| Anne G. Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 | Attorneys for American Education Services<br><br>Telephone: 415-267-4104<br>Facsimile: 415-267-4198 |
| Ann U. Smith<br>John N. Giftos<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Ste. 700<br>Madison, WI 53703 | Attorneys for Great Lakes Educational Loan Services, Inc.<br><br>Telephone: 608-257-3501<br>Facsimile: 608-283-2275<br>ausmith@michaelbest.com<br>jngiftos@michaelbest.com |

11053035.1