1  TODD C. TORAL, State Bar No. 197706
   ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS, State Bar No. 255596
   skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax: (415) 984-8300

6  W. SCOTT O'CONNELL (of counsel – not yet admitted)
   soconnell@nixonpeabody.com
7  COURTNEY BROOKS, State Bar No. 215127
   NIXON PEABODY LLP
8  900 Elm Street
   Manchester, NH 04101-2031
9  Telephone: (603) 628-4000
   Fax: (603) 628-4040
10
   Attorneys for Defendant
11 KEYBANK, NATIONAL ASSOCIATION

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>Defendants. | Case No. C08-02958 JL ADR<br><br>**CERTIFICATE OF SERVICE OF UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA INITIATING DOCUMENTS** |

CERTIFICATE OF SERVICE OF NOTICE TO STATE
COURT AND PLAINTIFFS OF REMOVAL
CASE NO. C08-02958 JL ADR

11054856.1

I, John Zic, certify and declare:

1. I am over the age of 18 years and not a party to this action;

2. My business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, California 94111, which is located in the City and County of San Francisco in the State of California, where the mailing described below took place;

3. On June 16, 2008 I caused to be served true and exact copies of the following documents:

    a. **Order Setting Initial Case Management Conference and ADR Deadlines, with Standing Order;**
    b. **Pamphlet entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;"**
    c. **Notice of Assignment of Case to a United States Magistrate Judge for Trial, with blank Consent and Declination forms attached;**
    d. **ECF Registration Information Handout; and**
    e. **"Welcome to the U.S. District Court, San Francisco," Guidelines Re Filing Process**

upon counsel of record for plaintiffs and defendants as follows:

**ATTORNEYS OF RECORD:**

| | |
|---|---|
| Andrew A. August<br>Kevin F. Rooney<br>PINNACLE LAW GROUP LLP<br>425 California Street, Ste. 1800<br>San Francisco, CA 94104 | Attorneys for plaintiffs<br><br>Telephone: 415-394-5700<br>Facsimile: 415-394-5003 |
| Jennifer Altfeld Landau<br>Sidley Austin LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, California 90013 | Attorneys for Student Loan Xpress<br><br>Telephone: 213-896-6661<br>Facsimile: 213-896-6600<br>jlandau@sidley.com |
| Anne G. Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 | Attorneys for American Education Services<br><br>Telephone: 415-267-4104<br>Facsimile: 415-267-4198 |
| Ann U. Smith<br>John N. Giftos<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Ste. 700<br>Madison, WI 53703 | Attorneys for Great Lakes Educational Loan Services, Inc.<br><br>Telephone: 608-257-3501<br>Facsimile: 608-283-2275<br>ausmith@michaelbest.com<br>jngiftos@michaelbest.com |

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND PLAINTIFFS OF REMOVAL
CASE NO. C08-02958 JL ADR

-2-

11054856.1

4. On June 16, 2008, I served these documents on the parties stated above, through their attorneys of record whose addresses are listed above, by placing true copies thereof in a sealed envelope addressed as shown above by the following means of service: First Class Mail.

5. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in the City and County of San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

I CERTIFY and declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of June, 2008, at San Francisco, California.

*[signature]*

John Zic

CERTIFICATE OF SERVICE OF NOTICE TO STATE   -3-   11054856.1
COURT AND PLAINTIFFS OF REMOVAL
CASE NO. C08-02958 JL ADR