| | |
|---|---|
| 1 | TODD C. TORAL, State Bar No. 197706 |
|   | ttoral@nixonpeabody.com |
| 2 | STEPHANIE KARNAVAS, State Bar No. 255596 |
|   | skarnavas@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
|   | One Embarcadero Center, 18th Floor |
| 4 | San Francisco, California 94111-3600 |
|   | Telephone: (415) 984-8200 |
| 5 | Fax:  (415) 984-8300 |
| 6 | W. SCOTT O'CONNELL (of counsel – not yet admitted) |
|   | soconnell@nixonpeabody.com |
| 7 | COURTNEY BROOKS, State Bar No. 215127 |
|   | NIXON PEABODY LLP |
| 8 | 900 Elm Street |
|   | Manchester, NH 04101-2031 |
| 9 | Telephone: (603) 628-4000 |
|   | Fax: (603) 628-4040 |
| 10 | |
|   | Attorneys for Defendant |
| 11 | KEYBANK, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, | | Case No. C08-02958 JL ADR |
| | | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| | | **AND** |
| | | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Plaintiffs, | | |
| vs. | | |
| KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25, | | |
| Defendants. | | |

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE &
REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE
CASE NO. C08-02958 JL ADR

11058170.1

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2      The undersigned party hereby declines to consent to the assignment of this case to a United

3  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

4  United States District Judge.

6  DATED: June 20, 2008                                Respectfully submitted,

7                                             NIXON PEABODY LLP

9                                             By: /s/Todd C. Toral
                                                    TODD C. TORAL
                                                    STEPHANIE KARNAVAS
                                                    Attorneys for Defendant
                                                    KEYBANK, NATIONAL ASSOCIATION