1  TODD C. TORAL, State Bar No. 197706
   ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS, State Bar No. 255596
   skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  W. SCOTT O'CONNELL (of counsel – not yet admitted)
   soconnell@nixonpeabody.com
7  COURTNEY BROOKS, State Bar No. 215127
   NIXON PEABODY LLP
8  900 Elm Street
   Manchester, NH 04101-2031
9  Telephone: (603) 628-4000
   Fax: (603) 628-4040
10
   Attorneys for Defendant
11 KEYBANK, NATIONAL ASSOCIATION
   (Additional counsel listed on signature page)
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25, <br><br> Defendants. | Case No. C08-02958 JL ADR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **[Local Rule 6-1(a)]** |

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their

2  respective counsel of record, pursuant to Local Rule 6-1(a), that Defendants KeyBank,

3  National Association, Key Education Resources, Great Lake Educational Loan Services,

4  Inc., Student Loan Xpress, Inc., and American Education Services, shall have up to and

5  including July 15, 2008, to answer, move, or otherwise respond to Plaintiffs Second

6  Amended Complaint.

7

8  DATED:      June 20, 2008                    Respectfully submitted,

9                                              NIXON PEABODY LLP

10

11                                             By: /s/Todd C. Toral
                                                   Todd C. Toral

12                                                 Attorneys for Defendants
                                                   KEYBANK, NATIONAL ASSOCIATION

13                                                 and its division KEY EDUCATION
                                                   RESOURCES

14   SIDLEY AUSTIN LLP                          MICHAEL BEST & FRIEDRICH

15

16   By: /s/Jennifer Altfeld Landau            By: /s/J. Donald Best
         Jennifer Altfeld Landau (SBN 153780)      J. Donald Best (SBN 146984)

17       Attorneys for Defendant                   Attorneys for Defendant
         STUDENT LOAN XPRESS, INC.                 GREAT LAKES EDUCATIONAL

18                                                 LOAN SERVICES, INC.

19

20

21   MCKENNA LONG & ALDRIDGE LLP              PINNACLE LAW GROUP LLP

22

23   By: /s/Ann G. Grimaldi                    By: /s/Andrew A. August
         Ann G. Grimaldi (SBN 160893)              Andrew A. August (SBN 112851)

24       Attorneys for Defendant                   Attorneys for Plaintiffs
         AMERICAN EDUCATION SERVICES

25

26

27

28
     **STIPULATION TO EXTEND TIME TO RESPOND TO**        -2-                    11055761.1
     **COMPLAINT**
     **CASE NO. C08-02958 JL ADR**

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/s/) within this e-filed document.

3

4                                                                /s/ Todd C. Toral

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO          -3-                                    11055761.1
COMPLAINT
CASE NO. C08-02958 JL ADR