1  TODD C. TORAL, State Bar No. 197706
   ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS, State Bar No. 255596
   skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  W. SCOTT O'CONNELL (of counsel – not yet admitted)
   soconnell@nixonpeabody.com
7  COURTNEY BROOKS, State Bar No. 215127
   NIXON PEABODY LLP
8  900 Elm Street
   Manchester, NH 04101-2031
9  Telephone: (603) 628-4000
   Fax: (603) 628-4040
10
   Attorneys for Defendant
11 KEYBANK, NATIONAL ASSOCIATION

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 MATTHEW C. KILGORE, individually and on        Case No. C08-02958 JL ADR
   behalf of all others similarly situated; WILLIAM
16 BRUCE FULLER, individually and on behalf of    **PROOF OF SERVICE**
   all others similarly situated; KEVIN
17 WILHELMY, individually and on behalf of all
   others similarly situated,
18
                   Plaintiffs,
19
        vs.
20
   KEYBANK, NATIONAL ASSOCIATION, a
21 national banking association organized under the
   laws of the United States of America and
22 successor in interest to KEYBANK USA, N.A.;
   KEY EDUCATION RESOURCES, a division of
23 KEYBANK, NATIONAL ASSOCIATION;
   GREAT LAKES EDUCATIONAL LOAN
24 SERVICES, INC., a Wisconsin corporation;
   STUDENT LOAN XPRESS, a Delaware
25 corporation; AMERICAN EDUCATION
   SERVICES, form of entity unknown; DOES 1-25,
26
                   Defendants.
27

28

**PROOF OF SERVICE**
**CASE NO. C08-02958 JL ADR**

11060820.1

## PROOF OF SERVICE

CASE NAME: *MATTHEW C. KILGORE, et al. v. KEYBANK, NATIONAL ASSOCIATION, et al.*
COURT: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: C08-02958 JL ADR
NP FILE: 731864.000158

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

1. **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
2. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

_____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

_____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_____ : By Facsimile — From facsimile number at approximately A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

| | |
|---|---|
| Jennifer Altfeld Landau<br>Sidley Austin LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, California 90013 | Attorneys for Student Loan Xpress<br><br>Telephone: 213-896-6661<br>Facsimile: 213-896-6600<br>jlandau@sidley.com |
| Anne G. Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 | Attorneys for American Education Services<br><br>Telephone: 415-267-4104<br>Facsimile: 415-267-4198 |

| | |
|---|---|
| Ann U. Smith<br>John N. Giftos<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Ste. 700<br>Madison, WI 53703 | Attorneys for Great Lakes Educational Loan Services, Inc.<br><br>Telephone: 608-257-3501<br>Facsimile: 608-283-2275<br>ausmith@michaelbest.com<br>jngiftos@michaelbest.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2008, at San Francisco, California.

*Donna L. Day*
_____
Donna L. Day

PROOF OF SERVICE
CASE NO. C08-02958 JL ADR

-2-

11060812.1