**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 23, 2008**

**CASE NUMBER:  CV 08-02958 JL**
**CASE TITLE:  MATTHEW C. KILGORE, ET AL.-v-KEYBANK NATIONAL ASSOCIATION, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/23/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                                  Entered in Computer 6/23/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA