| | |
|---|---|
| 1 | TODD C. TORAL (State Bar No. 197706) |
|   | ttoral@nixonpeabody.com |
| 2 | STEPHANIE KARNAVAS (State Bar No. 255596) |
|   | skarnavas@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
|   | One Embarcadero Center, 18th Floor |
| 4 | San Francisco, CA 94111-3996 |
|   | Telephone: (415) 984-8200 |
| 5 | Facsimile: (415) 984-8300 |

FILED


08 JUN 20 PM 1:37

6   W. SCOTT O'CONNELL (of counsel -- not yet admitted)
    soconnell@nixonpeabody.com
7   COURTNEY BROOKS (State Bar No. 215127)
    brooks@nixonpeabody.com
8   NIXON PEABODY LLP
    900 Elm Street
9   Manchester, NH 03101-2031
    Telephone: (603) 628-4000
10  Facsimile: (603) 628-4040

11  Attorneys for Defendant
    KEYBANK, NATIONAL ASSOCIATION
12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

| | | |
|---|---|---|
| 15 | MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated; | CASE NO. C 08-02958 JL |
| 16 | | |
| 17 | | **APPLICATION FOR ADMISSION OF ATTORNEY** |
| 18 | | ***PRO HAC VICE*** |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation; STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25, | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
VICE – CASE NO. C 08-02958 JL

11051649.1

1     Pursuant to Civil L.R. 11-3, W. Scott O'Connell, an active member in good standing of State and Federal bars of New Hampshire, Massachusetts, Vermont, Maine, and the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants KeyBank, National Association and Key Education Resources in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

TODD C. TORAL (State Bar No. 197706)
ttoral@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2008

W. SCOTT O'CONNELL (of counsel -- not yet admitted)
soconnell@nixonpeabody.com
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: (603) 628-4000
Facsimile: (603) 628-4040