ANDREW A. AUGUST (S.B. #112851)
KEVIN F. ROONEY (S.B. #184096
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile:  (415) 394-5003

Attorneys for Class Representatives
Matt Kilgore and Bruce Fuller

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>         Plaintiffs,<br><br>    vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>         Defendants. | **CASE NO.  C08-02958 TEH**<br><br>**CERTIFICATE OF SERVICE** |

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 425 California Street, Suite 1800, San Francisco, CA 94104.

On, June 24, 2008, I served true and correct copies of the document(s) described as:

**STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON**

[ X ]    **BY E-MAIL**: Service was accomplished through the Notice of Electronic Filing, for parties and counsel who are registered ECF Users:

Courtney Q. Brooks            Todd C. Toral
cbrooks@nixonpeabody.com      ttoral@nixonpeabody.com

[ X ]    **BY U.S. MAIL**: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California addressed as set forth below.

Scott O'Connell                  Anne G. Grimaldi
Courtney Q. Brooks               McKenna Long & Aldridge LLP
Stephanie A. Karnavas            101 California Street, 41st Floor
Todd C. Toral                    San Francisco, CA 94111
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101

Jennifer A. Landau               Ann U Smith
Sydley Austin LLP                John N. Giftos
555 West 5th Street              Michael Best & Friedrich LLP
Suite 4000                       One South Pinckney Street, Ste. 700
Los Angeles, CA 90013            Madison, WI 53703

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2008, at San Francisco, California.

/s/ Sally J. Hamm
Sally J. Hamm