1  ANDREW A. AUGUST (S.B. #112851)
   KEVIN F. ROONEY (S.B. #184096
2  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
3  San Francisco, California 94104
   Telephone: (415) 394-5700
4  Facsimile:  (415) 394-5003

5  Attorneys for Class Representatives
   Matt Kilgore and Bruce Fuller
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11 | MATTHEW C. KILGORE, *et al.* | **CASE NO. C08-02958 TEH** |
12 |          Plaintiffs, |   |
13 | vs. | **DEMAND FOR JURY TRIAL** |
14 | KEYBANK, NATIONAL ASSOCIATION, et al. |   |
15 |   |   |
16 |          Defendants. |   |

19     Plaintiffs hereby demand a trial by jury on all issues herein on which they have a right to
20 trial by jury as provided by law.

22 DATED:  June 24, 2008          PINNACLE LAW GROUP, LLP

24                                By     /s/ *Kevin F. Rooney*
                                       Kevin F. Rooney, Attorney for Plaintiffs

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00062200                    1              DEMAND FOR JURY TRIAL
                                                    CASE NO. CV08-02958 TEH

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 425 California Street, Suite 1800, San Francisco, CA 94104.

On, June 24, 2008, I served true and correct copies of the document(s) described as:

**DEMAND FOR JURY TRIAL**

[ X ]   **BY E-MAIL**: Service was accomplished through the Notice of Electronic Filing, for parties and counsel who are registered ECF Users:

| | |
|---|---|
| Courtney Q. Brooks | Todd C. Toral |
| cbrooks@nixonpeabody.com | ttoral@nixonpeabody.com |

[ X ]   **BY U.S. MAIL**: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California addressed as set forth below.

| | |
|---|---|
| Scott O'Connell<br>Courtney Q. Brooks<br>Stephanie A. Karnavas<br>Todd C. Toral<br>Nixon Peabody LLP<br>900 Elm Street<br>Manchester, NH  03101 | Anne G. Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA  94111 |
| Jennifer A. Landau<br>Sydley Austin LLP<br>555 West 5th Street<br>Suite 4000<br>Los Angeles, CA 90013 | Ann U Smith<br>John N. Giftos<br>Michael Best & Friedrich LLP<br>One South Pinckney Street, Ste. 700<br>Madison, WI  53703 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2008, at San Francisco, California.

/s/ Sally J. Hamm
Sally J. Hamm

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00062200   2   DEMAND FOR JURY TRIAL
CASE NO.  CV08-02958 TEH