ANDREW A. AUGUST (S.B. #112851)
KEVIN F. ROONEY (S.B. #184096
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Class Representatives
Matt Kilgore and Bruce Fuller

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>          Plaintiffs,<br><br>     vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>          Defendants. | **CASE NO.  C08-02958 TEH**<br><br>**CERTIFICATE OF SERVICE** |

1
2   I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 425 California Street, Suite 1800, San Francisco, CA 94104.

3   On, June 24, 2008, I served true and correct copies of the document(s) described as:

4   **CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

5
6   [ X ]   **BY U.S. MAIL**: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the
7   envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States
8   mail at San Francisco, California addressed as set forth below.

9
10  Anne G. Grimaldi                                Ann U Smith
    McKenna Long & Aldridge LLP                     John N. Giftos
    101 California Street, 41st Floor               Michael Best & Friedrich LLP
11  San Francisco, CA  94111                        One South Pinckney Street, Ste. 700
                                                    Madison, WI  53703
12  Jennifer A. Landau
    Sydley Austin LLP
13  555 West 5th Street
    Suite 4000
14  Los Angeles, CA 90013

15
16  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2008, at San Francisco, California.

17                                          /s/ Sally J. Hamm
                                            Sally J. Hamm
18
19
20
21
22
23
24
25
26
27
28

PINNACLE LAW GROUP, LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700