| | |
|---|---|
| 1 | TODD C. TORAL, State Bar No. 197706 |
|   | ttoral@nixonpeabody.com |
| 2 | STEPHANIE KARNAVAS, State Bar No. 255596 |
|   | skarnavas@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
|   | One Embarcadero Center, 18th Floor |
| 4 | San Francisco, California 94111-3600 |
|   | Telephone: (415) 984-8200 |
| 5 | Fax: (415) 984-8300 |
| 6 | W. SCOTT O'CONNELL (of counsel – not yet admitted) |
|   | soconnell@nixonpeabody.com |
| 7 | COURTNEY BROOKS, State Bar No. 215127 |
|   | NIXON PEABODY LLP |
| 8 | 900 Elm Street |
|   | Manchester, NH 04101-2031 |
| 9 | Telephone: (603) 628-4000 |
|   | Fax: (603) 628-4040 |
| 10 | |
|   | Attorneys for Defendant |
| 11 | KEYBANK, NATIONAL ASSOCIATION |
|   | (Additional counsel listed on signature page) |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, | Case No. C08-02958 ~~JL~~ TEH ADR |
| | | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| | Plaintiffs, | [Local Rule 6-1(a)] |
| | vs. | |
| | KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25, | |
| | Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT
CASE NO. C08-02958 JL ADR

11055761.1

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their
2  respective counsel of record, pursuant to Local Rule 6-1(a), that Defendants KeyBank,
3  National Association, Key Education Resources, Great Lake Educational Loan Services,
4  Inc., Student Loan Xpress, Inc., and American Education Services, shall have up to and
5  including July 15, 2008, to answer, move, or otherwise respond to Plaintiffs Second
6  Amended Complaint.

8  DATED:   June 20, 2008                          Respectfully submitted,
9                                                  NIXON PEABODY LLP

11                                                 By: /s/Todd C. Toral
                                                       Todd C. Toral
12                                                     Attorneys for Defendants
                                                       KEYBANK, NATIONAL ASSOCIATION
13                                                     and its division KEY EDUCATION
                                                       RESOURCES

14  SIDLEY AUSTIN LLP                              MICHAEL BEST & FRIEDRICH

16  By: /s/Jennifer Altfeld Landau                 By: /s/J. Donald Best
        Jennifer Altfeld Landau (SBN 153780)           J. Donald Best (SBN 146984)
        Attorneys for Defendant                        Attorneys for Defendant
17      STUDENT LOAN XPRESS, INC.                      GREAT LAKES EDUCATIONAL
                                                       LOAN SERVICES, INC.

21  MCKENNA LONG & ALDRIDGE LLP                    PINNACLE LAW GROUP LLP

23  By: /s/Ann G. Grimaldi                         By: /s/Andrew A. August
        Ann G. Grimaldi (SBN 160893)                   Andrew A. August (SBN 112851)
        Attorneys for Defendant                        Attorneys for Plaintiffs
24      AMERICAN EDUCATION SERVICES

IT IS SO ORDERED
Judge Thelton E. Henderson
06/24/08

STIPULATION TO EXTEND TIME TO RESPOND
COMPLAINT
CASE NO. C08-02958 JL ADR

11055761.1