UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation; STUDENT LOAN XPRESS, a Delaware Corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>Defendants. | CASE NO. C 08-02958 JL  *PEH*<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

W. Scott O'Connell, an active member in good standing of the state and federal bars of New Hampshire, Massachusetts, Vermont, Maine, and the bar of the District of Columbia, whose business address and telephone number is Nixon Peabody LLP, 900 Elm Street, 14th Floor, Manchester, NH 03101-2031, Tel: (603) 628-4087, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants KeyBank, National Association and Key Education Resources.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

ORDER PRO HAC VICE
CASE NO. C 08-02958 JL

11051599.1

1 | constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.
3 | Dated: 6/24/08

~~Magistrate Judge James Larson~~
THELTON E. HENDERSON
DISTRICT COURT JUDGE