1   TODD C. TORAL, State Bar No. 197706
    ttoral@nixonpeabody.com
2   STEPHANIE KARNAVAS, State Bar No. 255596
    skarnavas@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax:  (415) 984-8300

6   W. SCOTT O'CONNELL (*pro hac vice*)
    soconnell@nixonpeabody.com
7   COURTNEY Q. BROOKS, State Bar No. 215127
    cbrooks@nixonpeabody.com
8   NIXON PEABODY LLP
    900 Elm Street
9   Manchester, NH 04101-2031
    Telephone: (603) 628-4000
10  Fax: (603) 628-4040

11  Attorneys for Defendant
    KEYBANK NATIONAL ASSOCIATION
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15
16  MATTHEW C. KILGORE, individually and on        Case No. C08-02958 TEH ADR
    behalf of all others similarly situated; WILLIAM
17  BRUCE FULLER, individually and on behalf of    **KEYBANK NATIONAL ASSOCIATION'S**
    all others similarly situated; KEVIN           **NOTICE OF ERRATA RELATING TO**
18  WILHELMY, individually and on behalf of all    **NOTICE OF REMOVAL OF CIVIL**
    others similarly situated,                     **ACTION UNDER 28 U.S.C. §§ 1331, 1332,**
                                                   **1441, 1446, AND 1453 (FEDERAL**
19                              Plaintiffs,        **QUESTION, DIVERSITY, AND CAFA**
                                                   **JURISDICTION)**
20          vs.

21  KEYBANK, NATIONAL ASSOCIATION, a
    national banking association organized under the
22  laws of the United States of America and
    successor in interest to KEYBANK USA, N.A.;
23  KEY EDUCATION RESOURCES, a division of
    KEYBANK, NATIONAL ASSOCIATION;
24  GREAT LAKES EDUCATIONAL LOAN
    SERVICES, INC., a Wisconsin corporation;
25  STUDENT LOAN XPRESS, a Delaware
    corporation; AMERICAN EDUCATION
26  SERVICES, form of entity unknown; DOES 1-25,

27                              Defendants.

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Notice of Removal of Civil Action Under 28 U.S.C. §§ 1331, 1332, 1441, 1446, and 1453 (Federal Question, Diversity, and CAFA Jurisdiction) ("Notice of Removal") KeyBank National Association ("KeyBank") filed in this Court on June 13, 2008, inadvertently contained a factual error as described below.

1.    The Notice of Removal described Defendant American Education Services' ("AES'") citizenship as:

> i.    *American Education Services* ("AES"):  AES was at the time of filing of this action, and remains, an unincorporated division of the Pennsylvania Higher Education Assistance Agency ("PHEAA").  **PHEAA is incorporated under the laws of the State of Delaware** and has its principal place of business in Pennsylvania.  **AES thus is a citizen of Delaware and Pennsylvania.**  *See Breitman v. May Co. Cal.*, 37 F.3d 562, 564 (9th Cir. 1994).

Notice of Removal at p. 4, lines 6-10 (emphasis added).

2.    The above-referenced statement is incorrect because it states that PHEAA is a Delaware corporation and that AES is an unincorporated division of PHEAA.  PHEAA is a public corporation under the laws of the State of Pennsylvania and AES is a fictitious name.  Accordingly, the erroneous text appearing at page 4, lines 6-10 of Notice of Removal, and as set forth in Paragraph 1 above, is hereby deleted and replaced with:

> i.    *American Education Services* ("AES"):  AES was at the time of filing of this action, and remains, a fictitious name of the Pennsylvania Higher Education Assistance Agency ("PHEAA").  PHEAA is a body corporate and politic constituting a public corporation under the laws of the State of Pennsylvania, 24 P.S.§ 5101, and has its principal place of business in Pennsylvania.  AES thus is a citizen of Pennsylvania.  *See Breitman v. May Co. Cal.*, 37 F.3d 562, 564 (9th Cir. 1994).

DATED:    July 2, 2008                    Respectfully submitted,

NIXON PEABODY LLP

By: _____
TODD C. TORAL
STEPHANIE KARNAVAS
Attorneys for Defendant
KEYBANK NATIONAL ASSOCIATION