| Clerk's Use Only |
|---|
| Initial for fee pd.: |

John N. Giftos (WI State Bar No. 1054815
MICHAEL BEST & FRIEDRICH, LLP
1 S. Pinckney Street, #700, P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501

FILED
08 JUL -9 PM 3:06

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MATTHEW C. KILGORE, et al.

           Plaintiff(s),

    v.

KEYBANK NATIONAL ASSOCIATON,
et al.

           Defendant(s).

CASE NO. C08-02958 TEH

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, John N. Giftos, an active member in good standing of the bar of the State of Wisconsin, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Great Lakes Educational Loan Services, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Todd C. Toral, NIXON PEABODY LLP, One Embarcadero Center, 18th floor,
    San Francisco, CA 94111-3600, telephone: 415-984-8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2008

_____
John N. Giftos



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

JOHN N. GIFTOS

was admitted to practice as an attorney within this state on April 21, 2005 and is presently in good standing in this court.

Dated: July 2, 2008

*DAVID R. SCHANKER*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing