Andrew A. August (SBN 112851
aaugust@pinnaclelawgroup.com
Kevin Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs Matthew C. Kilgore,
William Bruce Fuller and Kevin Wilhelmy

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>Defendants. | Case No. C08-02958 TEH<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a) AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH] |

1  WHEREAS, on June 17, 2008, the parties stipulated pursuant to Local Rule 6-1(a) to
2  extend the time for Defendants to respond to the Second Amended Complaint (the "Complaint") up
3  to and including July 15, 2008;
4  WHEREAS, on June 24, 2008, the Court issued an order scheduling the Initial Case
5  Management Conference for September 22, 2008 at 1:30 p.m.;
6  WHEREAS, Plaintiffs and Defendants Student Loan Xpress, Inc. ("SLX") and
7  American Education Services ("AES") believe that early mediation of Plaintiff's claims against
8  SLX/AES is appropriate;;
9  WHEREAS, based on the mediator's availability, and the trial calendar of Plaintiffs'
10 Counsel (who has a trial scheduled to commence on September 8, 2008 in Orange County Superior
11 Court, see Declaration of Andrew A. August, ¶ 4), September 23, 2008 has been reserved for a
12 mediation before the Honorable William Cahill (Ret.);
13 WHEREAS, Plaintiffs and the other named defendants in this action – KeyBank
14 National Association, its unincorporated division Key Education Resources, and Great Lake
15 Educational Loan Services – also intend to submit their dispute to early mediation in or before
16 September 2008;
17 WHEREAS, the parties believe that early mediation may resolve or significantly
18 narrow the issues in dispute and will not unduly delay resolution of this matter;
19 WHEREAS, to conserve the resources of the parties and this Court, all parties desire
20 that early mediation be conducted before (1) briefing motions to dismiss the Complaint; (2)
21 conducting a Case Management Conference; (3) undertaking the related obligations required by Rule
22 26 of the Federal Rules of Civil Procedure that precede the Case Management Conference; and
23 (4) undertaking the time and expense of formal discovery;
24 WHEREAS, Defendants have advised that they believe their motions to dismiss will
25 be dispositive of all issues in the case (in the event they are filed), and thus, to further conserve
26 resources and facilitate productive negotiations regarding potential settlement, the parties have
27 agreed that the Court's hearing on Defendants' contemplated motions to dismiss should occur before
28 the parties undertake their respective obligations under Rule 26;

- 1 -
STIPULATION AND [PROPOSED] ORDER
CASE NO. C08-02958 TEH

WHEREAS, nothing herein shall waive, enlarge or create any right Plaintiffs might otherwise have to seek discovery from Defendants in order to respond to any motion to dismiss filed by any Defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that all Defendants shall have up to and including October 20, 2008 to answer, move, or otherwise respond to the Complaint. Further, the PARTIES STIPULATE that the Initial Case Management Conference shall be continued from September 22, 2008 at 1:30 p.m. to January 5, 2009 at 1:30 p.m.

Respectfully submitted,

PINNACLE LAW GROUP LLP

DATED: July 11, 2008

By: _____
Andrew A. August (SBN 112851)
Attorneys for Plaintiffs

SIDLEY AUSTIN LLP

Dated: July 11, 2008

By: _____
Jennifer Altfeld Landau (SBN 153780)
Attorneys for Defendant
STUDENT LOAN XPRESS, INC.

NIXON PEABODY LLP

Dated: July 9, 2008

By: _____
Courtney Q. Brooks
Attorneys for Defendants
KEYBANK, NATIONAL ASSOCIATION AND ITS DIVISION KEY EDUCATION RESOURCES, AND GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   |                                                                                      |
| 2   |                               MCKENNA LONG & ALDRIDGE LLP                            |
| 3   |                                                                                      |
| 4   | Dated: July 11, 2008              By: _____                      |
|     |                                       Ann G. Grimaldi (SBN 160893)                  |
| 5   |                                       Attorneys for Defendant                        |
|     |                                       AMERICAN EDUCATION SERVICES                    |

### ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the Initial Case Management Conference is continued from September 22, 2008 to January 5, 2009 at 1:30 p.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: July __, 2008

_____
Hon. Thelton E. Henderson
United States District Court

1  Andrew A. August (SBN 112851
   aaugust@pinnaclelawgroup.com
2  Kevin Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
3  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone: (415) 394-5700
5  Facsimile:  (415) 394-5003

6  Attorneys for Plaintiffs Matthew C. Kilgore,
   William Bruce Fuller and Kevin Wilhelmy
7
   (Additional counsel listed on signature page)
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>Defendants. | Case No.  C08-02958 TEH<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**
**CASE NO. C08-02958 TEH**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the Initial Case Management Conference is continued from September 22, 2008 to January 5, 2009 at 1:30 p.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: July __, 2008

**Hon. Thelton E. Henderson**
**United States District Court**

- 1 -
**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. C08-02958 TEH**

1  Andrew A. August (SBN 112851
   aaugust@pinnaclelawgroup.com
2  Kevin Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
3  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone: (415) 394-5700
5  Facsimile:  (415) 394-5003

6  Attorneys for Plaintiffs Matthew C. Kilgore,
   William Bruce Fuller and Kevin Wilhelmy
7
   (Additional counsel listed on signature page)
8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>                Defendants. | Case No.  C08-02958 TEH<br><br>**DECLARATION OF ANDREW A. AUGUST IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, PURSUANT TO LOCAL RULE 6-2(a)**<br><br>**[STIPULATION AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |

**DECLARATION OF ANDREW A. AUGUST**
**CASE NO. C08-02958 TEH**

# DECLARATION OF ANDREW A. AUGUST

I, Andrew A. August, hereby declare:

1. I am a partner in the law firm of Pinnacle Law Group, LLC, counsel for Plaintiffs in this matter. I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would testify competently with respect to those facts.

2. On June 17, 2008, the parties stipulated pursuant to Local Rule 6-1(a) to extend the time for Defendants to respond to the Second Amended Complaint (the "Complaint") up to and including July 15, 2008. Concurrently herewith, and for the reasons explained in paragraph 6, below, the parties have stipulated to extend the time for Defendants to respond to the Complaint up to and including October 20, 2008, pursuant to Local Rule 6-1(a).

3. On June 24, 2008, the Court issued an order scheduling the Initial Case Management Conference for September 22, 2008 at 1:30 p.m.

4. Plaintiffs and Defendants Student Loan Xpress, Inc. ("SLX") and American Education Services ("AES") believe that early mediation of Plaintiff's claims against SLX/AES is appropriate, and a mediation has been scheduled before the Honorable William Cahill (Ret.). Based on Judge Cahill's availability, and my trial calendar, which requires me to be in Orange County Superior Court for a trial beginning September 8, 2008, the mediation has been reserved for September 23, 2008.

5. In addition, Plaintiffs and the other named defendants in this action – KeyBank National Association, its unincorporated division Key Education Resources, and Great Lake Educational Loan Services – intend to submit their dispute to early mediation in or before September 2008.

6. All parties believe that early mediation may resolve or significantly narrow the issues in dispute and will not unduly delay resolution of this matter. For that reason, in order to conserve the resources of the parties and this Court, all parties desire that early mediation be conducted before (a) briefing motions to dismiss the Complaint, (b) conducting a Case Management Conference; (c) undertaking the related obligations required by Rule 26 of the Federal Rules of Civil Procedure that precede the Case Management Conference; and (d) undertaking the time and expense

1  of formal discovery.  For similar reasons, and to facilitate productive negotiations regarding
2  potential settlement, the parties are concurrently requesting that the Court's hearing on Defendants'
3  contemplated motions to dismiss occur before the parties undertake their respective obligations
4  under Rule 26.

5   7. The parties have further agreed that nothing herein shall waive, enlarge or
6  create any right Plaintiffs might otherwise have to seek discovery from Defendants in order to
7  respond to any motion to dismiss filed by any Defendant.

8   I declare under penalty of perjury under the laws of the United States of America that
9  the foregoing is true and correct.  Executed in San Francisco, California on July 11, 2008.

/s/Andrew A. August
Andrew A. August

- 2 -
**DECLARATION OF ANDREW A. AUGUST**
**CASE NO. C08-02958 TEH**

ANDREW A. AUGUST (S.B. #112851)
KEVIN F. ROONEY (S.B. #184096
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile:  (415) 394-5003

Attorneys for Class Representatives
Matt Kilgore and Bruce Fuller

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>    vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>    Defendants. | **CASE NO.  C08-02958 TEH**<br><br>**CERTIFICATE OF SERVICE** |

1   I declare that I am over the age of eighteen (18) and not a party to this action. My
2   business address is 425 California Street, Suite 1800, San Francisco, CA 94104.

3   On, July 11, 2008, I served true and correct copies of the document(s) described as:

4   **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a) AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;**

5   

6   **DECLARATION OF ANDREW A. AUGUST IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, PURSUANT TO LOCAL RULE 6-2(A);**

7   [ X ]   **BY E-MAIL**: Service was accomplished through the Notice of Electronic Filing for
8           parties and counsel who are registered ECF Users:

9   Courtney Erin Quinn Brooks             Todd C. Toral
    cbrooks@nixonpeabody.com               ttoral@nixonpeabody.com
10

11  [ X ]   **BY U.S. MAIL**: I am familiar with my employer's mail collection and processing
12  practices; know that said mail is collected and deposited with the United States Postal Service on
    the same day this declaration was executed in the ordinary course of business. I know that the
13  envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing
    on this date. Following said practice, I placed the above named document(s) in the United States
14  mail at San Francisco, California addressed as set forth below.

15  Anne G. Grimaldi                       Ann U Smith
    McKenna Long & Aldridge LLP            John N. Giftos
16  101 California Street, 41st Floor      Michael Best & Friedrich LLP
    San Francisco, CA  94111               One South Pinckney Street, Ste. 700
17                                         Madison, WI  53703

18  Jennifer A. Landau
    Sydley Austin LLP
19  555 West 5th Street
    Suite 4000
20  Los Angeles, CA 90013

21
        I declare under penalty of perjury under the laws of the State of California that the
22  foregoing is true and correct. Executed on July 11, 2008, at San Francisco, California.

23                                         /s/ Sally J. Hamm
                                           Sally J. Hamm
24

25

26

27

28

PINNACLE LAW GROUP, LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

2