1  ANN G. GRIMALDI (SBN 160893)
   *agrimaldi@mckennalong.com*
2  DEBORAH L. COTE (SBN 148315)
   *dcote@mckennalong.com*
3  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
4  41st Floor
   San Francisco, CA  94111
5  Telephone:    (415) 267-4000
   Facsimile:    (415) 267-4198
6
   Attorneys for Defendant
7  AMERICAN EDUCATION SERVICES

8

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
    MATTHEW C. KILGORE, individually and on  )  Case No.  C08-02958 TEH
14  behalf of all others similarly situated;   )
    WILLIAM BRUCE FULLER, individually and )
15  on behalf of all others similarly situated;   )  **NOTICE OF APPEARANCE**
    KEVIN WILHELMY, individually and on    )
16  behalf of all others similarly situated,     )
                                                 )
17              Plaintiffs,                      )
                                                 )
18         v.                                    )
                                                 )
19  KEYBANK, NATIONAL ASSOCIATION, a  )
    national banking association organized under )
20  the laws of the United States of America and )
    successor in interest to KEYBANK USA, N.A.; )
21  KEY EDUCATION RESOURCES, a division )
    of KEYBANK, NATIONAL ASSOCIATION; )
22  GREAT LAKES EDUCATIONAL LOAN   )
    SERVICES, INC., a Wisconsin corporation;  )
23  STUDENT LOAN XPRESS, a Delaware    )
    corporation; AMERICAN EDUCATION    )
24  SERVICES, form of entity unknown; DOES )
    1-25,                                        )
25                                               )
                Defendants.                      )
26  _____ )

27

28

---

**NOTICE OF APPEARANCE**
**CASE NO. C08-02958 TEH**

SF:27297280.1

1       Ann G. Grimaldi of the law firm McKenna, Long & Aldridge LLP, located at the
2  above-indicated address, hereby enters her appearance as counsel of record in this case for
3  Defendant American Education Services.

                                       **MCKENNA LONG & ALDRIDGE LLP**

Dated: July 14, 2008                       By: _____/s/_____
                                                  Ann G. Grimaldi (SBN 160893)
                                                  Attorneys for Defendant
                                                  AMERICAN EDUCATION SERVICES