1  ANN G. GRIMALDI (SBN 160893)
   agrimaldi@mckennalong.com
2  DEBORAH L. COTE (SBN 148315)
   dcote@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
4  41st Floor
   San Francisco, CA 94111
5  Telephone:   (415) 267-4000
   Facsimile:    (415) 267-4198
6
   Attorneys for Defendant
7  AMERICAN EDUCATION SERVICES

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   MATTHEW C. KILGORE, individually and on )  Case No. C08-02958 TEH
14 behalf of all others similarly situated;      )
   WILLIAM BRUCE FULLER, individually and )
15 on behalf of all others similarly situated;   )  CERTIFICATE OF INTERESTED
   KEVIN WILHELMY, individually and on         )  ENTITIES
16 behalf of all others similarly situated,      )
                                                 )
17              Plaintiffs,                      )
                                                 )
18       v.                                      )
                                                 )
19 KEYBANK, NATIONAL ASSOCIATION, a             )
   national banking association organized under  )
20 the laws of the United States of America and  )
   successor in interest to KEYBANK USA, N.A.;  )
21 KEY EDUCATION RESOURCES, a division          )
   of KEYBANK, NATIONAL ASSOCIATION;            )
22 GREAT LAKES EDUCATIONAL LOAN                 )
   SERVICES, INC., a Wisconsin corporation;     )
23 STUDENT LOAN XPRESS, a Delaware              )
   corporation; AMERICAN EDUCATION              )
24 SERVICES, form of entity unknown; DOES       )
   1-25,                                         )
25                                               )
                Defendants.                      )
26 _____)

27

28

---
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. C08-02958 TEH

SF:27297284.1

1 |      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party American Education Services (a fictitious name of the Pennsylvania Higher Education Assistance Agency), there is no such interest to report.

**MCKENNA LONG & ALDRIDGE LLP**

Dated: July 14, 2008

By: _____/s/_____
Ann G. Grimaldi (SBN 160893)
Attorneys for Defendant
AMERICAN EDUCATION SERVICES

- 1 -
**CERTIFICATE OF INTERESTED ENTITIES**
**CASE NO. C08-02958 TEH**

SF:27297284.1