**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW C. KILGORE, et al.,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION, et al.,

    Defendant.

No. C 08-02958 TEH

**Clerk's Notice Rescheduling Hearing**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 09/22/08 at 1:30 PM has been rescheduled for **Monday, 10/20/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Pursuant to the parties' stipulation, Defendants shall respond to the complaint on or before October 20, 2008.

Dated: July 15, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk