# UNITED STATES DISTRICT COURT
## Northern District of California

MATTHEW C. KILGORE, et al.

CASE NO. C08-02958 TEH

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

KEYBANK NATIONAL ASSOCIATION, et al.

Defendant(s).

John N. Giftos, an active member in good standing of the bar of the State of Wisconsin, whose business address and telephone number (particular court to which applicant is admitted) is

Michael Best & Friedrich, LLP, 1 S. Pinckney Street, #700, P.O. Box 1806, Madison, WI 54701-1806, telephone: 608-257-3501,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Great Lakes Educational Loan Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 07/14/08



Thelton E. Henderson
United States District Judge