1   ANN G. GRIMALDI (SBN 160893)
    *agrimaldi@mckennalong.com*
2   DEBORAH L. COTE (SBN 148315)
    *dcote@mckennalong.com*
3   MCKENNA LONG & ALDRIDGE LLP
    101 California Street
4   41st Floor
    San Francisco, CA  94111
5   Telephone:     (415) 267-4000
    Facsimile:     (415) 267-4198
6
    Attorneys for Defendant
7   AMERICAN EDUCATION SERVICES

8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
    MATTHEW C. KILGORE, individually and on )   Case No.  C08-02958 TEH
14  behalf of all others similarly situated;  )
    WILLIAM BRUCE FULLER, individually and )
15  on behalf of all others similarly situated;  )   **NOTICE OF APPEARANCE**
    KEVIN WILHELMY, individually and on    )
16  behalf of all others similarly situated,    )
                                                )
17             Plaintiffs,                       )
                                                )
18         v.                                    )
                                                )
19  KEYBANK, NATIONAL ASSOCIATION, a    )
    national banking association organized under )
20  the laws of the United States of America and )
    successor in interest to KEYBANK USA, N.A.; )
21  KEY EDUCATION RESOURCES, a division  )
    of KEYBANK, NATIONAL ASSOCIATION;   )
22  GREAT LAKES EDUCATIONAL LOAN    )
    SERVICES, INC., a Wisconsin corporation;  )
23  STUDENT LOAN XPRESS, a Delaware      )
    corporation; AMERICAN EDUCATION      )
24  SERVICES, form of entity unknown; DOES  )
    1-25,                                       )
25                                              )
               Defendants.                       )
26  _____)

27

28

                             NOTICE OF APPEARANCE
                             CASE NO. C08-02958 TEH

SF:27297900.1

1              Deborah L. Cote of the law firm McKenna, Long & Aldridge LLP, located at the

2  above-indicated address, hereby enters her appearance as counsel of record in this case for

3  Defendant American Education Services.

4

5                                 **MCKENNA LONG & ALDRIDGE LLP**

6

7  Dated:  July 16, 2008                  By: _____/s/_____

8                                 Deborah L. Cote (SBN 148315)
Attorneys for Defendant
AMERICAN EDUCATION SERVICES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE**
**CASE NO. C08-02958 TEH**

SF:27297900.1