1  ANN G. GRIMALDI (SBN 160893)
   *agrimaldi@mckennalong.com*
2  DEBORAH L. COTE (SBN 148315)
   *dcote@mckennalong.com*
3  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
4  41st Floor
   San Francisco, CA 94111
5  Telephone:    (415) 267-4000
   Facsimile:    (415) 267-4198
6
   Attorneys for Defendant
7  AMERICAN EDUCATION SERVICES

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14  MATTHEW C. KILGORE, individually and on  )   Case No. C08-02958 TEH
    behalf of all others similarly situated;  )
15  WILLIAM BRUCE FULLER, individually and  )
    on behalf of all others similarly situated;  )   **CERTIFICATE OF SERVICE**
    KEVIN WILHELMY, individually and on  )
16  behalf of all others similarly situated,  )
                                              )
17            Plaintiffs,                     )
                                              )
18       v.                                   )
                                              )
19  KEYBANK, NATIONAL ASSOCIATION, a          )
    national banking association organized under )
20  the laws of the United States of America and )
    successor in interest to KEYBANK USA, N.A.; )
21  KEY EDUCATION RESOURCES, a division       )
    of KEYBANK, NATIONAL ASSOCIATION;         )
22  GREAT LAKES EDUCATIONAL LOAN              )
    SERVICES, INC., a Wisconsin corporation;  )
23  STUDENT LOAN XPRESS, a Delaware           )
    corporation; AMERICAN EDUCATION           )
24  SERVICES, form of entity unknown; DOES    )
    1-25,                                     )
25                                            )
              Defendants.                     )
26  _____  )

27

28

---

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am a citizen of the United States, and I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

    On July 16, 2008, I served the documents as follows: **Notice of Appearance; and Certificate of Service** thereon on the interested parties in this action by placing a **true copy**/original thereof, enclosed in a sealed envelope, postage prepaid thereon, in the United States mail at San Francisco, California, addressed as follows:

John N. Giftos, Esq.  
MICHAEL, BEST & FRIEDRICH LLP  
One South Pinckney Street, Ste. 700  
Madison, WI 53703

Stephanie A. Karnavas, Esq.  
NIXON PEABODY LLP  
One Embarcadero Center, 18th Floor  
San Francisco, CA 94111

Jennifer A. Landau  
Sydley Austin LLP  
555 West 5th Street, Suite 4000  
Los Angeles, CA 90013

    I am readily familiar with this firm's practice of collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. Following ordinary business practices, the envelope was sealed and, would, in the ordinary course of business, be deposited for mailing with the United States Postal Service on this date.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 16, 2008, at San Francisco, California.

*Cynthia Kelly*  
CYNTHIA KELLY