| | |
|---|---|
| 1 | ANN G. GRIMALDI (SBN 160893) |
| | *agrimaldi@mckennalong.com* |
| 2 | DEBORAH L. COTE (SBN 148315) |
| | *dcote@mckennalong.com* |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
| | 101 California Street |
| 4 | 41st Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone:    (415) 267-4000 |
| | Facsimile:    (415) 267-4198 |
| 6 | |
| | Attorneys for Defendant |
| 7 | AMERICAN EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | Case No. C08-02958 TEH  **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE
CASE NO. C08-02958 TEH

SF:27297907.1

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a citizen of the United States, and I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On July 16, 2008, I served the documents as follows: **Notice of Appearance; Certificate of Interested Entities; and Certificate of Service** thereon on the interested parties in this action by placing a **true copy**/original thereof, enclosed in a sealed envelope, postage prepaid thereon, in the United States mail at San Francisco, California, addressed as follows:

Jennifer A. Landau
Sydley Austin LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

I am readily familiar with this firm's practice of collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. Following ordinary business practices, the envelope was sealed and, would, in the ordinary course of business, be deposited for mailing with the United States Postal Service on this date.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 16, 2008, at San Francisco, California.

_____
CYNTHIA KELLY

- 1 -
CERTIFICATE OF SERVICE
CASE NO. C08-02958 TEH

SF:27297907.1