1 ANDREW A. AUGUST (S.B. #112851)
KEVIN F. ROONEY (S.B. #184096
2 PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
3 San Francisco, California 94104
Telephone: (415) 394-5700
4 Facsimile:  (415) 394-5003

5 Attorneys for Class Representatives
Matt Kilgore and Bruce Fuller

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>Defendants. | CASE NO.  C08-02958 TEH<br><br>**CERTIFICATE OF SERVICE** |

1

2   I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 425 California Street, Suite 1800, San Francisco, CA 94104.

3   On, July 16, 2008, I served true and correct copies of the document(s) described as:

4   **CLERK'S NOTICE RESCHEDULING HEARING**

5   [ X ]   **BY U.S. MAIL**: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on
6   the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing
7   on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California addressed as set forth below.

8

9   Jennifer A. Landau
    Sydley Austin LLP
10  555 West 5th Street, Suite 4000
    Los Angeles, CA 90013

11

12  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2008, at San Francisco, California.
13

14                                  /s/ Sally J. Hamm
                                    Sally J. Hamm

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PINNACLE LAW GROUP, LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700