1  **Jennifer Altfeld Landau (SBN 153780)**
   **jlandau@sidley.com**
2  **Christine K. Son (SBN 223190)**
   **cson@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California 90013-1010**
   **Telephone:   (213) 896-6000**
5  **Facsimile:   (213) 896-6600**

6  **Attorneys for Defendant**
   **Student Loan Xpress, Inc.**

7

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KeyBank USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25, <br><br> Defendants. | Case No.: C08-02958 TEH <br><br> **DISCLOSURE STATEMENT OF STUDENT LOAN XPRESS, INC. (FEDERAL RULE OF CIVIL PROCEDURE 7.1)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Student Loan Xpress, Inc. hereby submits that it is a wholly owned subsidiary of CIT Group Inc., a publicly held corporation.

Dated: July 25, 2008

Respectfully submitted,

**SIDLEY AUSTIN LLP**
Jennifer Altfeld Landau
Christine K. Son

By: */s/ Christine K. Son*
　　Christine K. Son
Attorneys for Defendant
Student Loan Xpress, Inc.