1  **Jennifer Altfeld Landau (SBN 153780)**
   **jlandau@sidley.com**
2  **Christine K. Son (SBN 223190)**
   **cson@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California 90013-1010**
   **Telephone:   (213) 896-6000**
5  **Facsimile:    (213) 896-6600**

6  **Attorneys for Defendant**
   **Student Loan Xpress, Inc.**
7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated, <br><br>                    Plaintiffs, <br><br>          vs. <br><br> KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KeyBank USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25, <br><br>                    Defendants. | Case No.: C08-02958 TEH <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations) or
3  other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6      1.    Plaintiffs;

7      2.    Defendants; and

8      3.    CIT Group Inc., the parent of Student Loan Xpress, Inc.

10 Dated: July 25, 2008                              Respectfully submitted,

**SIDLEY AUSTIN LLP**
Jennifer Altfeld Landau
Christine K. Son

By: */s/ Christine K. Son*
    Christine K. Son
Attorneys for Defendant
Student Loan Xpress, Inc.