1  **Jennifer Altfeld Landau (SBN 153780)**
   **jlandau@sidley.com**
2  **Christine K. Son (SBN 223190)**
   **cson@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California 90013-1010**
   **Telephone:   (213) 896-6000**
5  **Facsimile:    (213) 896-6600**

6  **Attorneys for Defendant**
   **Student Loan Xpress, Inc.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KeyBank USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown, and Does 1-25,<br><br>          Defendants. | Case No.: C08-02958 TEH<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATION OF SERVICE**
**CASE NO. C08-02958 THE**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is SIDLEY AUSTIN LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California, 90013.

      On **July 25, 2008**, I served the foregoing documents described as:

    1.    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16);**

    2.    **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (LOCAL RULE 3-13);**

    3.    **DISCLOSURE STATEMENT OF STUDENT LOAN XPRESS, INC. (FEDERAL RULE OF CIVIL PROCEDURE 7.1); AND**

    4.    **CERTIFICATE OF SERVICE.**

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

[*x*]    (**ON CM/ECF**) I electronically filed and served the document on CM/ECF.

[*x*]    (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** on **July 25, 2008**, at Los Angeles, California.

                                                    */s/ Christine K. Son*
                                                  Christine K. Son
                                                  Attorneys for Defendant
                                                  Student Loan Xpresss, In