1  TODD C. TORAL, State Bar No. 197706
ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS, State Bar No. 255596
skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  W. SCOTT O'CONNELL (*pro hac vice*)
soconnell@nixonpeabody.com
7  COURTNEY BROOKS, State Bar No. 215127
cbrooks@nixonpeabody.com
8  NIXON PEABODY LLP
900 Elm Street
9  Manchester, NH 04101-2031
Telephone: (603) 628-4000
10  Fax: (603) 628-4040

11  Attorneys for Defendants
KEYBANK, NATIONAL ASSOCIATION
12  GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16  MATTHEW C. KILGORE, individually and on       Case No. C08-02958 TEH ADR
behalf of all others similarly situated; WILLIAM
17  BRUCE FULLER, individually and on behalf of    **CERTIFICATION OF INTERESTED**
all others similarly situated; KEVIN           **ENTITIES OR PERSONS (LOCAL RULE 3-**
18  WILHELMY, individually and on behalf of all    **16)**
others similarly situated,
19
                              Plaintiffs,
20
        vs.
21
KEYBANK, NATIONAL ASSOCIATION, a
22  national banking association organized under the
laws of the United States of America and
23  successor in interest to KEYBANK USA, N.A.;
KEY EDUCATION RESOURCES, a division of
24  KEYBANK, NATIONAL ASSOCIATION;
GREAT LAKES EDUCATIONAL LOAN
25  SERVICES, INC., a Wisconsin corporation;
STUDENT LOAN XPRESS, a Delaware
26  corporation; AMERICAN EDUCATION
SERVICES, form of entity unknown; DOES 1-25,
27
                              Defendants.
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL
RULE 3-16) CASE NO. C08-02958 TEH ADR                                        11098591

1        Pursuant to L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6        1.    Great Lakes Higher Education Corporation, as the parent of defendant Great Lakes

7    Educational Loan Services, Inc.

8

9

10   DATED:    <u>August 4, 2008</u>            Respectfully submitted,

11                              NIXON PEABODY LLP

12

13                              By:                           
                           TODD C. TORAL

14                              STEPHANIE KARNAVAS
                           Attorneys for Defendants

15                              KEYBANK NATIONAL ASSOCIATION
                           GREAT LAKES EDUCATIONAL LOAN

16                              SERVICES, INC.

17

18

19

20

21

22

23

24

25

26

27

28