1  Andrew A. August (SBN 112851
   aaugust@pinnaclelawgroup.com
2  Kevin Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
3  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone: (415) 394-5700
5  Facsimile:  (415) 394-5003

6  Attorneys for Plaintiffs Matthew C. Kilgore,
   William Bruce Fuller and Kevin Wilhelmy

7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10 MATTHEW C. KILGORE, individually and on )   Case No.  C08-02958 TEH
   behalf of all others similarly situated;    )
11 WILLIAM BRUCE FULLER, individually and )
   on behalf of all others similarly situated; )   **PLAINTIFFS' STATEMENT OPPOSING**
12 KEVIN WILHELMY, individually and on    )   **DEFENDANT STUDENT LOAN XPRESS'**
   behalf of all others similarly situated,    )   **NOTICE OF PENDENCY OF OTHER**
13                                             )   **ACTION OR PROCEEDING (LOCAL**
                    Plaintiffs,                )   **RULE 3-13)**
14                                             )
         v.                                    )
15                                             )
   KEYBANK, NATIONAL ASSOCIATION, a            )
16 national banking association organized under )
   the laws of the United States of America and )
17 successor in interest to KEYBANK USA, N.A.; )
   KEY EDUCATION RESOURCES, a division         )
18 of KEYBANK, NATIONAL ASSOCIATION; )
   GREAT LAKES EDUCATIONAL LOAN                )
19 SERVICES, INC., a Wisconsin corporation;    )
   STUDENT LOAN XPRESS, a Delaware             )
20 corporation; AMERICAN EDUCATION             )
   SERVICES, form of entity unknown; DOES      )
21 1-25,                                       )
                                               )
22              Defendants.                    )
                                               )
23 _____)

24

25

26

27

28

Pursuant to Local Rule 3-13(c) plaintiffs Matthew Kilgore, Bruce Fuller and Kevin Wilhelmy ("Plaintiffs") oppose Defendant Student Loan Xpress, Inc.'s ("SLX") Notice of Pendency of Other Action ("Notice") as follows:

**A.     Description of Alleged "Related Actions"**

1.     The first case alleged to be related by SLX is pending in United States District Court for the Middle District of Florida, Tampa Division: *Michael Holman v. Student Loan Xpress, Inc.* Case No. 8:08-cv-00305-SDM-MAP ("*Holman*").  Plaintiffs dispute that *Holman* is a related action. Although *Holman* also seeks relief for student-borrowers who were (a) enrolled in the now defunct Silver State Helicopters ("SSH") and (b) whose loans are now held by SLX, *Holman* is quite different from the instant action.  *Holman* is limited to one cause of action under an Ohio statute, the Retail Installment and Sales Act, and is brought against only one defendant.  Conversely, the instant action is brought under California law and the federal RICO statute against more than one defendant asserting claims for violation of California's Unfair Competition Law (a law of general application -  with the predicate act in this action being defendants' violation of the Federal Trade Commission's Holder Rule) under the "means and instrumentality" doctrine.

2.     The second case is *Christopher Mason et. al. v. KeyBank National Association et al.* Case No.: A565943 ("*Mason*") and although it is more similar to the instant action than *Holman*, it nonetheless is not a "related case" as *Mason* only seeks to certify a class made up of Nevada student borrowers and seeks relief solely under Nevada law, whereas here Plaintiffs seek relief solely for California residents under California and federal law.

**B.     Propriety of Transfer or Other Coordination**

1.     <u>Transfer</u>:

As to *Holman*, SLX states in their Notice that transfer is premature.  SLX does not go far enough as transfer is not warranted under any circumstances due to *Holman's* sole reliance on an Ohio statute.  *Holman* is also only brought against one defendant.  As explained above, the instant action is brought under California and federal law against more than one defendant.

As to *Mason*, SLX does not address transfer.  For the record, Plaintiffs oppose transfer relating to *Mason* as *Mason* is limited to Nevada residents under Nevada law.

- 1 -

**OPPOSITION TO NOTICE OF PENDENCY OF OTHER ACTION**
**CASE NO. C08-02958 TEH**

1   Should the Court consider transferring this action, Plaintiffs request leave to fully brief the
2 impropriety of a transfer.

3   2. <u>Coordination</u>:

4   a. Discovery

5   Because of the different theories and laws in the *Holman* action as discussed above, Plaintiffs
6 oppose any discovery coordination with the *Holman* action as requested by SLX. Because of the
7 different legal theories and laws, discovery in the instant action will likely have little similarity with
8 the *Holman* action. Plaintiffs do not oppose coordination with *Mason* for discovery purposes.

9   b. Settlement

10   Although the actions are not related for the foregoing reasons, the parties in *Holman*, *Mason*
11 and the instant action have agreed to participate in a joint mediation before the Honorable William J.
12 Cahill (Ret.) on August 21, 2008 and September 23, 2008 for settlement purposes only.

DATED: August 4, 2008                         PINNACLE LAW GROUP, LLP

                                              By:  /s/ *Kevin F. Rooney*
                                                   Kevin F. Rooney
                                                   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008 I electronically filed the foregoing PLAINTIFFS' STATEMENT OPPOSING DEFENDANT STUDENT LOAN XPRESS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/Sally J. Hamm
Sally J. Hamm