1  TODD C. TORAL, State Bar No. 197706
   ttoral@nixonpeabody.com
2  STEPHANIE KARNAVAS, State Bar No. 255596
   skarnavas@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  W. SCOTT O'CONNELL (*pro hac vice*)
   soconnell@nixonpeabody.com
7  COURTNEY BROOKS, State Bar No. 215127
   cbrooks@nixonpeabody.com
8  NIXON PEABODY LLP
   900 Elm Street
9  Manchester, NH 04101-2031
   Telephone: (603) 628-4000
10 Fax: (603) 628-4040

11 Attorneys for Defendants
   KEYBANK, NATIONAL ASSOCIATION
12 GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>Defendants. | Case No. C08-02958 TEH ADR<br><br>**DISCLOSURE STATEMENT OF GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.** |

1   Defendant Great Lakes Educational Loan Services, Inc., by and through its attorneys, hereby
2   discloses, pursuant to Federal Rule of Civil Procedure 7.1, the following:
3   Great Lakes Educational Loan Services, Inc. is a wholly owned subsidiary of Great Lakes
4   Higher Education Corporation, a non-profit corporation.

DATED:       August 4, 2008                          Respectfully submitted,

NIXON PEABODY LLP

By _____
TODD C. TORAL
STEPHANIE KARNAVAS
Attorneys for Defendants
KEYBANK NATIONAL ASSOCIATION
GREAT LAKES EDUCATIONAL LOAN
SERVICES, INC.