1   Andrew A. August (SBN 112851
    aaugust@pinnaclelawgroup.com
2   Kevin Rooney (SBN 184096)
    krooney@pinnaclelawgroup.com
3   PINNACLE LAW GROUP, LLP
    425 California Street, Suite 1800
4   San Francisco, California 94104
    Telephone: (415) 394-5700
5   Facsimile:  (415) 394-5003

6   Attorneys for Plaintiffs Matthew C. Kilgore,
    William Bruce Fuller and Kevin Wilhelmy

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  MATTHEW C. KILGORE, individually and on )   Case No.  C08-02958 TEH
    behalf of all others similarly situated;            )
    WILLIAM BRUCE FULLER, individually and )
13  on behalf of all others similarly situated;         )   **STIPULATION AND ~~[PROPOSED]~~**
    KEVIN WILHELMY, individually and on          )   **ORDER TO EXTEND TIME TO RESPOND**
14  behalf of all others similarly situated,            )   **TO COMPLAINT AND TO CONTINUE**
                                                       )   **CASE MANAGEMENT CONFERENCE**
15                  Plaintiffs,                         )
                                                       )   **[DECLARATION OF ANDREW A.**
16          v.                                         )   **AUGUST FILED CONCURRENTLY**
                                                       )   **HEREWITH]**
17  KEYBANK, NATIONAL ASSOCIATION, a     )
    national banking association organized under    )
18  the laws of the United States of America and    )
    successor in interest to KEYBANK USA, N.A.; )
19  KEY EDUCATION RESOURCES, a division   )
    of KEYBANK, NATIONAL ASSOCIATION;    )
20  GREAT LAKES EDUCATIONAL LOAN          )
    SERVICES, INC., a Wisconsin corporation;      )
21  STUDENT LOAN XPRESS, a Delaware        )
    corporation; AMERICAN EDUCATION        )
22  SERVICES, form of entity unknown; DOES    )
    1-25,                                              )
23                                                     )
                    Defendants.                        )
24  _____ )

25

26

27

28

1  WHEREAS, the Second Amended Complaint ("Complaint") asserts claims on behalf

2  of a California-only putative class of student-borrowers who were attending a helicopter pilot

3  training school – Silver State Helicopters ("SSH") – when SSH ceased operations and filed a

4  voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 et

5  seq., in the United States District Court for the District of Nevada in February 2008, Case No. BK-S-

6  08-10936-MKN ("SSH Bankruptcy Action");

7  WHEREAS, SSH is not a party to this action, but rather, the Complaint asserts claims

8  against Defendants who are the holders or servicers of loans taken out by students to finance their

9  education at SSH;

10  WHEREAS, the putative class is comprised of two classes: (a) a class of student-

11  borrowers whose loans are held by Defendant Student Loan Xpress, Inc. ("SLX") and serviced by

12  Defendant American Education Services ("AES") (the "SLX Class"); and (b) a class of student

13  borrowers whose loans are held by Defendant KeyBank, N.A. ("KeyBank") and serviced by

14  Defendant Great Lakes Education Loan Services, Inc. ("Great Lakes") (the "KeyBank Class");

15  WHEREAS, approximately 80% of the putative class members are part of the SLX

16  Class because the vast majority of the loans at issue in this action are held by SLX and serviced by

17  AES;

18  WHEREAS, the Complaint asserts claims based on, among other things, Defendants'

19  alleged involvement with SSH and the absence of the FTC Holder Notice in the students' loan

20  documents;

21  WHEREAS, this action is one of several putative class actions and one collective

22  action pending against SLX arising from the closure and bankruptcy of SSH, including other actions

23  pending in the United States District Court for the Middle District of Florida (the "Florida Action"),

24  and the United States District Court for the District of South Carolina;

25  WHEREAS, on July 11, 2008, the parties filed a stipulation to extend the time for

26  Defendants to respond to the Complaint and to continue the Case Management Conference to afford

27  Plaintiffs and Defendants an opportunity to participate in an early mediation regarding the claims

28

- 1 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1334096v.1

1   asserted against Defendants;

2          WHEREAS, on July 15, 2008, the Court entered an order setting the Case

3   Management Conference for October 20, 2008 at 1:30 p.m. and requiring Defendants (in accordance

4   with the parties' stipulation) to respond to the Complaint by that same date;

5          WHEREAS, on October 2, 2008, Plaintiffs in this action and the Defendants in the

6   KeyBank Class – KeyBank and Great Lakes – stipulated to participate in mediation at JAMS;

7          WHEREAS, on October 7, 2008, the parties filed a stipulation to extend the time for

8   Defendants to respond the Complaint to allow the parties to continue the mediation process;

9          WHEREAS, on October 8, 2008, the Court entered a stipulated order extending the

10   time for Defendants to respond to the Complaint to January 20, 2009;

11          WHEREAS, on the same date, the Court *sua sponte* continued the Case Management

12   Conference to February 2, 2009 at 1:30 p.m.;

13   **<u>TENTATIVE SETTLEMENT WITH SLX</u>**

14          WHEREAS, Plaintiffs in this action, Plaintiffs in the Florida Action and SLX

15   participated in three full days of mediation before the Honorable William J. Cahill (Ret.) on August

16   21, September 23, 2008, and December 10, 2008;

17          WHEREAS, as a result of the mediation, Plaintiffs in this action, Plaintiffs in the

18   Florida Action, and SLX have reached an agreement in principle on the material terms of settlement

19   that would resolve the claims asserted against SLX and AES through a proposed nationwide class

20   action settlement;

21          WHEREAS, the settlement between Plaintiffs and SLX would thus dispose of

22   approximately 80% of the claims in this action;

23          WHEREAS, the Plaintiffs in this action, Plaintiffs in the Florida Action, and SLX are

24   presently working to draft the documents necessary to memorialize the settlement terms and seek

25   preliminary approval of the settlement;

26          WHEREAS, the Plaintiffs in this action, Plaintiffs in the Florida Action, and SLX

27   will present the settlement for approval to the Honorable Steven D. Merryday of the Middle District

28

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH

1  of Florida, where the Florida Action, a putative nationwide class action, has been pending since

2  February 2008;

3         WHEREAS, on January 7, 2009, the Magistrate Judge in the Florida Action

4  conducted a pre-trial conference.  After considering counsel's reports as to the status of their

5  settlement negotiations and their intent to submit papers in support of the motion for preliminary

6  approval within the next sixty (60) days; the Magistrate Judge entered an order extending SLX's

7  deadline to respond to the Complaint to April 10, 2009 and continuing the preliminary pretrial

8  conference to the same date;

9  **MEDIATION BETWEEN PLAINTIFFS AND KEYBANK**

10         WHEREAS, the Defendants in the KeyBank Class previously advised plaintiffs of

11  their desire to review SSH records in order to meaningfully participate in mediation;

12         WHEREAS, Plaintiffs first attempted to obtain SSH records from the Trustee of the

13  SSH Bankruptcy Action in August 2008.  Because of difficulties with the Trustee Plaintiffs served a

14  subpoena on the Trustee on October 22, 2008.  The Trustee filed a Motion to Quash in response.

15  The initial hearing on the Motion to Quash was heard on November 19, 2008, and the matter was

16  continued to December 5, 2008 to allow time for supplemental briefing.  On December 5, 2008 the

17  Bankruptcy Court denied the Motion to Quash and ordered that SSH records be produced to

18  Plaintiffs.  Plaintiffs received the first tranche of SSH records on December 10, 2008 and the second

19  tranche on December 30, 2008;

20         WHEREAS, the SSH records will significantly facilitate any efforts to resolve the

21  claims against KeyBank and Great Lakes, including, but not limited to, records that should confirm

22  which student-borrowers were attending SSH at the time the school closed and declared bankruptcy

23  in February 2008 (see Declaration of Andy A. August, ¶ 14);

24         WHEREAS, the Defendants in the KeyBank Class and Plaintiffs have agreed to

25  participate in mediation at JAMS with the Honorable William J. Cahill (Ret.) and are in the process

26  of confirming a date in early April 2009;

27  / / /

28

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1334096v.1

1

## **REQUEST FOR CONTINUANCE**

2       WHEREAS, in light of the substantial progress that has already been made towards

3   resolving the vast majority of claims in this action and to conserve further the resources of the

4   parties and this Court, the parties have agreed that the deadline for Defendants' response to the

5   Complaint should be extended until April 24, 2009 to afford (1) Plaintiffs and SLX a reasonable

6   opportunity to finalize and fully document the terms of their settlement (which, again, would also

7   dispose of the claims asserted against Defendant AES), and (2) Plaintiffs and the remaining

8   Defendants – KeyBank and Great Lakes – an opportunity to resolve their dispute after an

9   opportunity to review records from SSH's Bankruptcy Trustee;

10      WHEREAS, the parties also jointly request that the Court continue the Case

11  Management Conference currently set for February 2, 2009 to April 27, 2009 at 1:30 p.m.;

12      WHEREAS, all parties agree that this extension will significantly facilitate their

13  efforts to resolve this matter by allowing them to concentrate on the settlement process without

14  simultaneously being required to fully brief and litigate the threshold legal issues raised in the

15  Complaint.

16      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties

17  hereto, through their respective counsel of record, that all Defendants shall have up to and including

18  April 24, 2009 to answer, move, or otherwise respond to the Complaint.  The parties also jointly

19  request that the Case Management Conference be continued to April 27, 2009 at 1:30 p.m.

20

21  Dated:  January 14, 2009                    Respectfully submitted,

22                                  **PINNACLE LAW GROUP LLP**

23

24  By: _____

25                                  Andrew A. August (SBN 112851)
                                    Attorneys for Plaintiffs

26

27

28

- 4 -

LA1 1334096v.1

1

2  Dated: January 13, 2009                          **SIDLEY AUSTIN LLP**

3

4                                                    By: _____
                                                       Jennifer Altfeld Landau (SBN 153780)
5                                                      Attorneys for Defendant
                                                       STUDENT LOAN XPRESS, INC.

6  Dated:  January ___, 2009                         **NIXON PEABODY LLP**

7

8                                                    By: _____
                                                       Courtney Q. Brooks
9                                                      Attorneys for Defendants
                                                       KEYBANK, NATIONAL
10                                                     ASSOCIATION AND ITS DIVISION
                                                       KEY EDUCATION RESOURCES,
11                                                     AND GREAT LAKES EDUCATIONAL
                                                       LOAN SERVICES, INC.
12

   Dated: January ___, 2009                         **MCKENNA LONG & ALDRIDGE LLP**
13

14

15                                                   By: _____
                                                       Ann G. Grimaldi (SBN 160893)
16                                                     Attorneys for Defendant
                                                       AMERICAN EDUCATION SERVICES

17

18

19

20

21

22

23

24

25

26

27
                                     - 5 -
28 **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
   TO RESPOND TO COMPLAINT AND CONTINUE CMC
   CASE NO. C08-02958 TEH**

   LA1 1334096v.1

Dated: January __, 2009                    **SIDLEY AUSTIN LLP**


By: _____
    Jennifer Altfeld Landau (SBN 153780)
    Attorneys for Defendant
    STUDENT LOAN XPRESS, INC.

Dated: January 14, 2009                    **NIXON PEABODY LLP**


By: *Courtney Brooks*
    Courtney Q. Brooks
    Attorneys for Defendants
    KEYBANK, NATIONAL
    ASSOCIATION AND ITS DIVISION
    KEY EDUCATION RESOURCES,
    AND GREAT LAKES EDUCATIONAL
    LOAN SERVICES, INC.

Dated: January __, 2009                    **MCKENNA LONG & ALDRIDGE LLP**


By: _____
    Ann G. Grimaldi (SBN 160893)
    Attorneys for Defendant
    AMERICAN EDUCATION SERVICES

- 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH

LA1 1334096v.1

1  Dated:  January __, 2009                    **SIDLEY AUSTIN LLP**

2

3

4                                             By: _____
                                                  Jennifer Altfeld Landau (SBN 153780)
5                                                 Attorneys for Defendant
                                                  STUDENT LOAN XPRESS, INC.

6  Dated:  January __, 2009                    **NIXON PEABODY LLP**

7

8                                             By: _____
                                                  Courtney Q. Brooks
9                                                 Attorneys for Defendants
                                                  KEYBANK, NATIONAL
10                                                ASSOCIATION AND ITS DIVISION
                                                  KEY EDUCATION RESOURCES,
11                                                AND GREAT LAKES EDUCATIONAL
                                                  LOAN SERVICES, INC.

12
    Dated: January 13, 2009                    **MCKENNA LONG & ALDRIDGE LLP**
13

14

15                                            By: _____
                                                  Ann G. Grimaldi (SBN 160893)
16                                                Attorneys for Defendant
                                                  AMERICAN EDUCATION SERVICES

17

18

19

20

21

22

23

24

25

26

27

28
                                       - 5 -
LA1 1334096v.1

1

**ORDER**

2   Based on the foregoing stipulation of counsel and good cause appearing therefore, it is

3 HEREBY ORDERED  that all Defendants shall have up to and including April 24, 2009 to answer,

4 move, or otherwise respond to the Complaint.  Additionally, the Case Management Conference is

5 hereby continued to April 27, 2009 at 1:30 p.m.

6   PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

7

8 Dated: January __15__, 2009

9



           _____
          **Hon. Thelton E. Henderson**
          **United States District Court**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1334096v.1