**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, *et al.*<br><br>        Plaintiffs,<br><br>    v.<br><br>KEYBANK, NATIONAL ASSOCIATION, *et al.*,<br><br>        Defendants. | NO. C 08-2958 TEH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

To accommodate the Court's calendar, the case management conference and hearing on Defendants' Motion to Compel Arbitration, which are currently set for June 8, 2009, are hereby CONTINUED to **10 A.M. on July 6, 2009.** The briefing schedule for the motions will remain the same.

**IT IS SO ORDERED.**

Dated: May 22, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT