TODD C. TORAL, State Bar No. 197706
ttoral@nixonpeabody.com
STEPHANIE KARNAVAS, State Bar No. 255596
skarnavas@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

W. SCOTT O'CONNELL (*pro hac vice*)
soconnell@nixonpeabody.com
COURTNEY Q. BROOKS, State Bar No. 215127
cbrooks@nixonpeabody.com
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 04101-2031
Telephone: (603) 628-4000
Fax: (603) 628-4040

Attorneys for Defendants
KEYBANK, NATIONAL ASSOCIATION and
GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>               Defendants. | Case No. C08-02958 TEH ADR<br><br>**MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF ANDREW AUGUST IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date:        July 6, 2009<br>Time:       10:00 a.m.<br>Courtroom: Courtroom 12, 19th Floor<br>Judge:      The Hon. Thelton E. Henderson |

1  Defendants KEYBANK, NATIONAL ASSOCIATION and GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. (collectively "KeyBank"), object to and move to strike the purported filing of the Supplemental Declaration of Andrew A. August In Opposition to KeyBank's Motion to Compel Arbitration ("Supplemental Declaration") as untimely and procedurally improper.

Plaintiffs filed the Supplemental Declaration on July 1, 2009, without leave of court, two business days prior to the hearing on the motion and over a month after the motion was fully briefed. Local Rule 7-3(d) provides that "***once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval***" with the exception of a Statement of Recent Decision. The Supplemental Declaration was clearly not filed for the purpose of bringing a new relevant judicial opinion to the Court's attention, as it provides no new legal authority or even competent factual support for its claims. Thus, the filing of the Supplemental Declaration is improper without having obtained prior Court approval pursuant to Local Rule 7-3(d).

In addition to its procedural improprieties, the Supplemental Declaration is substantively nothing more than a restatement of its opposition brief which summarily alleges unconscionability and injustice while ignoring the factual realities of the case.

Accordingly, the Supplemental Declaration should be ignored and stricken in its entirety.

DATED: July 2, 2009

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Stephanie Karnavas
TODD C. TORAL
STEPHANIE KARNAVAS
Attorneys for Defendant
KEYBANK, NATIONAL ASSOCIATION and GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.