Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile:  (415) 394-5003

Attorneys for Plaintiffs Matthew C. Kilgore,
William Bruce Fuller and Kevin Wilhelmy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>KEYBANK NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>   Defendants. | Case No.  C08-02958 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE FOR DEFENDANTS STUDENT LOAN XPRESS, INC. AND AMERICAN EDUCATION SERVICES**<br><br>**[~~DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH~~]** |

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1654487v.1

1    WHEREAS, the Second Amended Complaint ("Complaint") asserts claims on behalf
2 of a California-only putative class of student-borrowers who were attending a helicopter pilot
3 training school – Silver State Helicopters ("Silver State") – when Silver State ceased operations and
4 filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C.,
5 § 101 et seq., in the United States District Court for the District of Nevada in February 2008, Case
6 No. BK-S-08-10936-MKN;

7    WHEREAS, Silver State is not a party to this action, but rather, the Complaint asserts
8 claims against Defendants who are the holders or servicers of loans taken out by students to finance
9 their education at Silver State;

10   WHEREAS, the putative class is comprised of two classes: (a) a class of student-
11 borrowers whose loans are held by Defendant Student Loan Xpress, Inc. ("SLX") and serviced by
12 Defendant American Education Services ("AES") (the "SLX Class"); and (b) a class of student
13 borrowers whose loans are held by Defendant KeyBank, N.A. ("KeyBank") and serviced by
14 Defendant Great Lakes Education Loan Services, Inc. ("Great Lakes") (the "KeyBank Class");

15   WHEREAS, this stipulation only relates to the claims brought on behalf of the SLX
16 Class, and Plaintiffs, KeyBank and Great Lakes continue to litigate their respective claims;

17   WHEREAS, approximately 80% of the putative class members are part of the SLX
18 Class because the vast majority of the loans at issue in this action are held by SLX and serviced by
19 AES;

20   WHEREAS, as the Court is aware, this action is one of several actions pending
21 against SLX arising from the closure and bankruptcy of Silver State, including other putative class
22 actions pending in the United States District Court for the Middle District of Florida (the "Florida
23 Action") and the United States District Court for the District of South Carolina, and a non-class
24 action now pending in the United States District Court for the Western District of Washington;

25   WHEREAS, in light of the parties efforts to resolve the claims asserted against SLX
26 and AES through a proposed nationwide class action settlement that would be presented for
27 preliminary approval to the court in the Florida Action, the parties have filed several stipulations
28

- 1 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1654487v.1

1  requesting an extension of time for SLX and AES to respond to the Complaint and a continuance of
2  the Case Management Conference;
3       WHEREAS, the current deadline for SLX and AES to respond to the Complaint is
4  October 13, 2009, and the Case Management Conference for SLX and AES is currently set for
5  October 19, 2009 at 1:30 p.m. (see Dkt. 84);
6       WHEREAS, the parties in the Florida Action have completed nearly all of the work
7  necessary to finalize the proposed nationwide settlement, and thus the parties intend to submit the
8  proposed nationwide settlement for preliminary approval to the court in the Florida Action within the
9  next two weeks;
10      WHEREAS, and as the parties have previously advised the Court, the proposed
11 nationwide settlement of the Florida Action would resolve – and would result in the dismissal of –
12 the claims asserted against SLX and AES in this Action;
13      WHEREAS, Plaintiffs in this Action, Plaintiffs in the Florida Action, and SLX have
14 already expended considerable time and resources in their efforts to reach a settlement that is more
15 than fair, reasonable, and adequate, conserves private and judicial resources, and ensures speedy
16 relief for the proposed nationwide settlement class; and
17      WHEREAS, this request for a two-week extension will allow the parties to work on
18 finalizing the proposed nationwide settlement and presenting it for preliminary approval to the court
19 in the Florida Action, rather than immediately undertake motion practice and other litigation activity;
20      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs,
21 SLX and AES, through their respective counsel of record, that SLX and AES shall have up to and
22 including October 27, 2009 to answer, move, or otherwise respond to the Complaint.  The parties
23 also jointly request that the Case Management Conference for SLX and AES be continued to
24 November 2, 2009 at 1:30 p.m.

- 2 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1654487v.1

| | | |
|---|---|---|
| 1 | Dated: October 8, 2009 | Respectfully submitted, |
| 2 | | **PINNACLE LAW GROUP LLP** |
| 4 | | By: */s/ Andrew A. August* |
| 5 | | Andrew A. August (SBN 112851)<br>Attorneys for Plaintiffs |
| 6 | Dated:  October 8, 2009 | **SIDLEY AUSTIN LLP** |
| 8 | | By: */s/ Robert M. Stone* |
| 9 | | Robert M. Stone (SBN 205365)<br>Attorneys for Defendant<br>STUDENT LOAN XPRESS, INC. |
| 11 | Dated: October 8, 2009 | **MCKENNA LONG & ALDRIDGE LLP** |
| 13 | | By: */s/ Ann G. Grimaldi* |
| 14 | | Ann G. Grimaldi (SBN 160893)<br>Attorneys for Defendant<br>AMERICAN EDUCATION SERVICES |

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1654487v.1

# ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that Student Loan Xpress, Inc. ("SLX") and American Education Services ("AES") shall have up to and including October 27, 2009 to answer, move, or otherwise respond to the Complaint. Additionally, the Case Management Conference is hereby continued for SLX and AES until November 2, 2009, at 1:30 p.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: October 13, 2009



Hon. Thelton E. Henderson
United States District Judge

- 4 -
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT AND CONTINUE CMC
CASE NO. C08-02958 TEH**

LA1 1654487v.1