Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile:  (415) 394-5003

Attorneys for Plaintiffs Matthew C. Kilgore,
William Bruce Fuller and Kevin Wilhelmy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated; KEVIN WILHELMY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>KEYBANK NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; STUDENT LOAN XPRESS, INC. a Delaware corporation; AMERICAN EDUCATION SERVICES, form of entity unknown; DOES 1-25,<br><br>        Defendants. | Case No.  C08-02958 TEH<br><br>**DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STUDENT LOAN XPRESS, INC. AND AMERICAN EDUCATION SERVICES ONLY** |

Plaintiffs Matthew C. Kilgore, William Bruce Fuller and Kevin Wilhelmy hereby dismiss without prejudice only defendants Student Loan Xpress, Inc. and American Education Services. No responsive pleading has been filed to the Second Amended Complaint, and therefore both defendants may be dismissed without stipulation or order. *See* F. Rule Civ. Proc. 41(a)(1)(A).

Dated: October 23, 2009

Respectfully submitted,

**PINNACLE LAW GROUP LLP**

By: ***/s/ Kevin F. Rooney***
    Kevin F. Rooney
    Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Thelton E. Henderson
10/27/09

- 1 -

**DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STUDENT LOAN XPRESS
AND AMERICAN EDUCATION SERVICES ONLY
CASE NO. C08-02958 TEH**

LA1 1654487v.1