TODD C. TORAL, State Bar No. 197706
ttoral@nixonpeabody.com
STEPHANIE KARNAVAS, State Bar No. 255596
skarnavas@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

W. SCOTT O'CONNELL (*pro hac vice*)
soconnell@nixonpeabody.com
COURTNEY BROOKS, State Bar No. 215127
cbrooks@nixonpeabody.com
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 04101-2031
Telephone: (603) 628-4000
Fax: (603) 628-4040

Attorneys for Defendant
KEYBANK, NATIONAL ASSOCIATION and
GREAT LAKES EDUCATIONAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, a national banking association organized under the laws of the United States of America and successor in interest to KEYBANK USA, N.A.; KEY EDUCATION RESOURCES, a division of KEYBANK, NATIONAL ASSOCIATION; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation; and DOES 1-25,<br><br>Defendants. | Case No. C08-02958 TEH ADR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**[Local Rule 6-1(a)]** |

1. IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that Defendants KeyBank, National Association and Great Lake Educational Loan Services, Inc. shall have up to and including January 11, 2010 to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint.

DATED: December 30, 2009



Respectfully submitted,
NIXON PEABODY LLP

By: /s/ Courtney Brooks

TODD C. TORAL (SBN 197706)
STEPHANIE KARNAVAS (SBN 255596)
COURTNEY BROOKS (SBN 215127)
Attorneys for Defendants
KEYBANK, NATIONAL ASSOCIATION and
GREAT LAKES EDUCATIONAL LOAN
SERVICES, INC.

PINNACLE LAW GROUP LLP

By: /s/ Kevin F. Rooney
    ANDREW A. AUGUST (SBN 112851)
    KEVIN F. ROONEY (SBN 184096)
    Attorneys for Plaintiffs

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Courtney Brooks

**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**
**CASE NO. C08-02958 TEH**

-2-

12829031.1