ANDREW A. AUGUST (SBN 112851)
(aaugust@pinnaclelawgroup.com)
KEVIN F. ROONEY (SBN 184096)
(krooney@pinnaclelawgroup.com)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs Matthew C. Kilgore,
William Bruce Fuller and Kevin Wilhelmy

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW C. KILGORE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK, NATIONAL ASSOCIATION, *et al.*,<br><br>Defendants. | CASE NO. 08-cv-02958 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

WHEREAS, the hearing on Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint is currently set for March 1, 2010;

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

CASE NO. C08-02958 TEH
5033.001/00092894

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMLAINT

WHEREAS, Plaintiffs have reached a tentative settlement with two previous defendants in this action (Student Loan Xpress, Inc. ("SLX") and American Education Services ("AES"));

WHEREAS, Plaintiffs' settlement with SLX and AES has been preliminarily approved by the Federal District Court in the Middle District of Florida in *Holman v. Student Loan Xpress, Inc.* 8:08-cv-00305-SDM-MAP (M.D. Fla.);

WHEREAS, the Final Fairness Hearing in the *Holman* action is scheduled for March 22, 2010;

WHEREAS, this is the first request for a continuance of the hearing date on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (although this Court did grant a continuance of the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint in order to allow Plaintiffs leave to file a Third Amended Complaint);

WHEREAS, to accommodate Plaintiffs' scheduling concerns;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel of record, that the hearing date on Defendants' Motion to Dismiss shall be continued from March 1, 2010 to March 29, 2010 and the current briefing schedule shall be maintained.

DATED: January 27, 2010                    PINNACLE LAW GROUP LLP



                                           By: */s/ Kevin F. Rooney*
                                                Kevin F. Rooney, Attorneys for Plaintiff

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

**CASE NO. C08-02958 TEH**
5033.001/00092894

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMLAINT**

DATED: NIXON PEABODY LLP

By: */s/ W. Scott O'Connell*
W. Scott O'Connell
Attorneys for Defendants

/ / /

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

CASE NO. C08-02958 TEH
5033.001/00092894

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMLAINT**

**ORDER**

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED the hearing date on Defendants' Motion to Dismiss shall be continued from March 1, 2010 to March 29, 2010 and the current briefing schedule shall be maintained.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: _____01/29___, 2010



**Hon. Thelton E. Henderson**
**United States District Court**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

**CASE NO. C08-02958 TEH**
5033.001/00092894

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMLAINT**